1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

FREDERIC J. ELLIOTT,                    )
                                        )        CASE NO.  C04-1474RSM
10                Plaintiff,             )
                                        )        ORDER GRANTING CONSOLIDATION
11        v.                            )        AND AMENDING CAPTION
                                        )
12   DRUGSTORE.COM, INC., *et al.*,     )
                                        )
13                Defendants.           )
     _____)

14

15        This case is one of five filed in this District alleging securities fraud by defendants.  The related

16   cases, found at C04-1478RSM, C04-1510RSM, C04-1642RSM, and C04-1799RSM, have been

17   transferred to the undersigned District Judge as related cases, and the parties have moved to

18   consolidate.  (Dkts. #4, #6, #9 and #13).  Defendants agree that these cases should be consolidated,

19   and therefore, do not oppose plaintiffs' motions.  (Dkt. #22).  Having reviewed plaintiffs' motions,

20   defendants' response, plaintiffs' replies, and the remainder of the record, the Court does hereby find

     and ORDER:

21

22        (1)  Plaintiffs' Motions to Consolidate (Dkts. #4, #6, #9 and #13) are GRANTED.  The cases

23   at issue in these motions involve common questions of law and fact.  Fed. R. Civ. P. 42(a); *Johnson v.*

24   *Celotex Corp.*, 899 F.2d 1281, 1284 (2nd Cir. 1999).  However, this Order does not substitute as an

25   Order certifying this action as a Class Action.  If the parties wish to certify a class, they must do so by

26   ORDER TO SHOW CAUSE
     PAGE - 1

1   moving this Court appropriately.  Furthermore, any referenced to a "class," "class period," or other

2   class-related language shall be stricken until and unless a class is certified.

3       (2)  All future pleadings in C04-1474RSM, C04-1478RSM, C04-1510RSM, C04-1642RSM,

4   and C04-1799RSM shall now be filed under one consolidated case number, C04-1474RSM, and shall

5   be encaptioned *Frederic Elliott, et al., v. Drustore.com, Inc.*.  The parties SHALL NOT designate this

6   consolidated action as a "Class Action" until the Court grants authorization to do so.  Moreover, the

7   Court will not automatically consolidate future related cases unless and until the parties involved in

8   those cases move this Court to do so, or unless and until this Court certifies a class.

9       (3)  The parties' current pending requests to appoint lead counsel and for preservation of

10  documents shall be considered if and when the parties move this Court to certify the class.  Any such

11  requests currently pending shall be removed from this Court's motion calendar until such time as the

12  parties properly move to certify a class.

13      (4) The Clerk SHALL post a copy of this Order in C04-1478RSM, C04-1510RSM, C04-

14  1642RSM, and C04-1799RSM, and shall send a copy to all counsel of record in those cases.

15

16      DATED this   8    day of October 2004.

17

18                          /s/ Ricardo S. Martinez
                           RICARDO S. MARTINEZ
19                         United States District Judge

20

21

22

23

24

25
    ORDER TO SHOW CAUSE
26  PAGE - 2